| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Alan Steven Wolf, SBN 94665<br>Daniel K. Fujimoto, SBN 158575<br>The Wolf Firm, A Law Corporation<br>1851 East 1st Street, Suite 100<br>Santa Ana, CA 92705<br>Telephone: (949) 720-9200 Fax: (949) 608-0128<br><br>[X] *Attorney for The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re Javier Primera aka Javier G Primera aka Javier Gonzalez Primera aka Francisco Javier Gonzalez<br><br>**Debtor(s),** | **CHAPTER 13**<br><br>**CASE NUMBER 1:17-bk-10721-MT** |
| The Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1<br><br>**Plaintiff(s),**<br>vs.<br>Javier Primera aka Javier G Primera<br>aka Javier Gonzalez Primera aka Francisco Javier Gonzalez<br><br>**Debtor(s).** | [ ] **ADVERSARY NUMBER (if applicable)**<br><br>[ ] **See attached list for multiple cases that require an update to the attorneys information** |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM

### (See page 2 for additional requirements)

**The following information must be provided:**

**I,**   Daniel K. Fujimoto   ,   158575   ,   wdk@wolffirm.com
         ***Name***                    ***Bar ID Number***          ***E-Mail Address***

  **[X]** am **counsel of record** or
    **[ ] out of state attorney in the above-entitled cause of action for the following party**

  **[X]** am **counsel of record** or
    **[ ] out of state attorney on all cases listed as an attachment to this form (multiple cases)**

**and am requesting the following change(s):**

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

  **Attorney name changed to** _____
  **New Firm/Government Agency Name** _____
  **New Address** 1851 East 1st Street, Suite 100, Santa Ana, CA 92705
  **New Telephone Number** _____   **New Facsimile Number** _____
  **New E-Mail Address** _____

---

**Notice of Change of Address or Law Firm**

**(September 2009)**

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

**[X] TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
**[X]** I am providing the new information above pursuant to Local rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

**[ ] TO BE TERMINATED FROM THE CASE:****
[ ] I am, or
[ ] the aforementioned attorney from my firm is no longer counsel of record in the above-entitled Cause of action and/or all cases listed in the attachment.

**Note:** Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
[ ] The order relieving me/the aforementioned attorney from my firm was entered on _____
**[X]** There is/are other attorney(s) from the undersigned attorney's law firm/government agent who Is/are counsel of record in this case.
[ ] I am, or
[ ] the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

****This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures, please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and received service for the parties indicated in this action.**

Dated: August 11, 2020                                         /s/ Daniel K. Fujimoto
                                                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.