United States Bankruptcy Court

Central District of California

In re: Case No. 17-10721-MT
Javier Primera Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 3
Date Rcvd: Sep 17, 2021      Form ID: van101      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Javier Primera, 9931 Roscoe Blvd, Sun Valley, CA 91352-3632 |
| 37683526 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 37816840 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 37683527 | + | Burbank City Fed Credit Union, 1800 West Magnolia Blvd, Attn: Loan Servicing, Burbank, CA 91506-1726 |
| 38007524 | + | The Bank of New York Mellon Trust Compa, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 37938917 | | The Bank of New York Mellon Trust Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Sep 18 2021 00:21:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 18 2021 00:21:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Sep 18 2021 00:21:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 37718296 | | Email/Text: ally@ebn.phinsolutions.com | Sep 18 2021 00:21:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 37683525 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 18 2021 00:21:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 37683532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2021 00:29:45 | Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 37924087 | | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2021 00:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 37683530 | | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 18 2021 00:21:00 | Franchise Tax Board, Attn: Bankruptcy Dept, PO Box 2952, Sacramento, CA 95812-2952 |
| 37683531 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2021 00:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 37683528 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 18 2021 00:29:54 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmingotn, DE 19850 |
| 37683529 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 18 2021 00:30:03 | Chase Mortgage, 3415 Vision Dr, Columbus, OH 43219 |
| 37939229 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 18 2021 00:29:42 | JPMorgan Chase Bank, N.A., National Payment Services, Mail Code: OH4-7164, P.O. Box 24785, Columbus, OH 43224-0785 |
| 37919434 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 18 2021 00:29:42 | JPMorgan Chase Bank, National Association, C/O |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 17, 2021 | Form ID: van101 | Total Noticed: 19 |

Chase Records Center, Attn: Correspondence
Mail, Mail Code LA4-5555, 700 Kansas Lane,
Monroe LA, 71203

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel K Fujimoto | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., f/k/a The Bank of New York Trust Company, N.A., as Trustee, in trust for ChaseFlex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 wdk@wolffirm.com |
| Elizabeth (SV) F Rojas (TR) | cacb_ecf_sv@ch13wla.com |
| Grace Chang-Rodriguez | on behalf of Creditor JPMORGAN CHASE BANK N.A. grace.chang-rodriguez@chase.com |
| Joseph C Delmotte | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. f/k/a The Bank of New York Trust Company, N.A., as trustee for Multi-Class Mortgage Pass- Through Certificates Chase Flex Trust Series 2007- 1 ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Joseph C Delmotte | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Kiana Tebbs | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. kiana.tebbs@spservicing.com, kiana.tebbs@spservicing.com |
| Kristin A Zilberstein | on behalf of Interested Party Courtesy NEF Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Merdaud Jafarnia | on behalf of Creditor JPMorgan Chase Bank N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |
| Nancy L Lee | on behalf of Creditor JPMORGAN CHASE BANK N.A. bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Nancy L Lee | on behalf of Creditor JPMorgan Chase Bank N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com |
| Todd L Turoci | on behalf of Debtor Javier Primera mail@theturocifirm.com |
| United States Trustee (SV) | |

ustpregion16.wh.ecf@usdoj.gov

TOTAL: 12

FormCACB 101 (AO:12−13closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF CHAPTER 12 OR 13 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Javier Primera
aka Javier G Primera, aka Javier Gonzalez Primera
**SSN:** xxx−xx−3616
**EIN:** N/A

9931 Roscoe Blvd
Sun Valley, CA 91352

**BANKRUPTCY NO.** 1:17−bk−10721−MT
**CHAPTER** 13

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☐ Debtor did not certify that all domestic support obligations due have been paid.

☑ Debtor did not file a Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application for Entry of Discharge.

Dated: September 17, 2021

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form VAN−101 clsnodsc) rev. 12/2015                                **74 / TTK**